# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ARMAND C. STEWARD

NO. 2025 KW 0931

**DECEMBER 11, 2025**

---

In Re:    Armand C. Steward, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, Nos. DC-19-06583, DC-19-06672, DC-22-01386, DC-24-04323.

---

**BEFORE:   THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED.** Relator seeks review of the district court's judgments denying his petitions for judicial review of the ruling revoking his parole. A final judgment of the district court involving parole revocation is an appealable judgment and an aggrieved party may appeal to the appropriate court of appeal. See La. R.S. 15:574.11(C). Accordingly, a supervisory writ is not the proper procedural mechanism for relator to seek review of the district court's judgments.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT